UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JONATHAN L. JOHNSON,

    Plaintiff,

vs.                                                    Case No. 8:11-cv-819-T-27TEM

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.
_____/

## ORDER

BEFORE THE COURT is the Magistrate Judge's Report and Recommendation (Dkt. 25), which recommends that the Commissioner's decision denying Plaintiff's claims for disability insurance benefits and supplemental security income be affirmed. Plaintiff filed objections to the Report and Recommendation (Dkt. 26). Upon consideration of the Report and Recommendation and Plaintiff's objections, in conjunction with an independent examination of the file, it is ORDERED and ADJUDGED that

(1)    Plaintiff's objections (Dkt. 26) are overruled for the reasons stated in the Report and Recommendation.

(2)    The Report and Recommendation (Dkt. 25) is adopted, confirmed, and approved in all respects and is made part of this order for all purposes, including appellate review.

(3)    The decision of the Commissioner is AFFIRMED.

(4)    The Clerk is directed to enter judgment in favor of Defendant and close the file.

DONE AND ORDERED this 13th day of August, 2012.

JAMES D. WHITTEMORE
United States District Judge

Copies to: Counsel of record